## *ORDER*

PER CURIAM.

The Circuit Court of Cole County granted a writ of mandamus directing the Missouri Department of Corrections (MDOC) and the Missouri Board of Probation and Parole (MBPP) to calculate David Barajas's minimum prison term without counting his first 120–day shock incarceration as a prior commitment, pursuant to Section 559.115.7, RSMO Cum.Supp.2006. MDOC and MBPP appeal. Because the circuit court properly applied the law, we affirm the judgment.

We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value. AFFIRMED. **Rule 84.16(b).**

Before BRECKENRIDGE, P.J., LOWENSTEIN and HOLLIGER, JJ.

## *ORDER*

PER CURIAM.

Michael Hooper appeals his conviction for the class C felony of possession of a controlled substance, under section 195.202, RSMo 2000, and his eight-year sentence as a prior and persistent offender, under sections 558.016 and 558.021, RSMo 2000, and a prior drug offender, under section 195.275.1 and 195.285.1, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Michael Q. HOOPER, Appellant.**

**No. WD 66721.**

Missouri Court of Appeals,
Western District.

June 29, 2007.

Nancy A. McKerrow, Columbia, MO, for appellant.

Timothy W. Anderson, Assistant Attorney General, Jefferson City, MO, for respondent.

■

**Patrick LASITER, Appellant,**

v.

**CITY OF KANSAS CITY, Missouri, Respondent.**

**No. WD 66790.**

Missouri Court of Appeals,
Western District.

June 29, 2007.

Joseph Y. Decuyper, Jr., Kansas City, MO, for appellant.

Galen P. Beaufort, Kansas City, MO, for respondent.